■ JACQUELINE SEARSON, an Infant, by Her Father and Natural Guardian, CHRISTOPHER SEARSON, et al., Respondents, v COMMUNITY HOSPITAL AT GLEN COVE, Appellant, et al., Defendant. [616 NYS2d 229] —Appeal by the defendant Community Hospital at Glen Cove from stated portions of an order of the Supreme Court, Nassau County (Murphy, J.), dated December 18, 1992.

Ordered that the order is affirmed insofar as appealed from, with costs, for reasons stated by Justice Murphy at the Supreme Court. Bracken, J. P., Sullivan, Miller and Hart, JJ., concur.